# Court of Appeals
# of the State of Georgia

ATLANTA, March 01, 2017

*The Court of Appeals hereby passes the following order:*

**A16A1591.  IN THE INTEREST OF L. C., A CHILD.**

L. C. filed this direct appeal from the juvenile court's order transferring his delinquency case to superior court for prosecution.  By order dated July 22, 2016, we denied the State's motion to dismiss L. C.'s appeal for lack of jurisdiction.  However, this Court recently held that in juvenile proceedings commenced after January 1, 2014, OCGA § 15-11-564 of Georgia's new Juvenile Code requires that a party seeking to appeal an order transferring a delinquency case from juvenile court to superior court must follow this Court's interlocutory appeal procedures.  See *In the Interest of J. H.*, Case No. A16A2209 (decided Feb. 21, 2017).  Because L. C. failed to follow those procedures, we hereby VACATE our July 22, 2016 order and DISMISS this appeal for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 03/01/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*